# EXHIBIT A

ELECTRONICALLY FILED
2020 Dec 17 PM 3:03
CLERK OF THE MCPHERSON COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000100

**BRETZ & YOUNG, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445

### IN THE DISTRICT COURT OF MCPHERSON COUNTY, KANSAS
**(Pursuant to K.S.A. Chapter 60)**

| | |
|---|---|
| SCOTT CURTIS,  )  <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> VIEGA, INC., and VIEGA, LLC,  ) <br> Defendant.  ) <br> _____) | Case No. |

### **PETITION**

COMES NOW the Plaintiff, and for his cause of action against the above-named Defendants, states and alleges as follows:

1. Scott Curtis is an individual and resident of the State of Kansas.

2. Viega, Inc., is a foreign for profit company authorized to conduct business in the State of Kansas and may be served with process through its registered agent, Eric Wicker, 2211 Viega Avenue, McPherson, Kansas, 67460.

3. Viega, LLC, is a foreign limited liability company authorized to conduct business in the State of Kansas and may be served with process through its registered agent, Eric Wicker, 2211 Viega Avenue, McPherson, Kansas, 67460.

4. This court has subject matter jurisdiction over the cause of action, and personal jurisdiction over the parties.

5. Venue is proper in this county.

-1-

6. Defendants own and use the property located at 2211 Viega Avenue, McPherson, Kansas, as a place of business.

7. At all times material hereto, Scott Curtis was in the course and scope of his employment with Heubel Material Handling.

8. On December 19, 2019, Plaintiff was called to Viega in McPherson, Kansas, to repair a broken forklift.

9. Plaintiff completed the repairs and was test driving the forklift when it came to a sudden and abrupt stop after hitting a mezzanine.

10. Plaintiff was forcefully thrown from the back of the forklift causing great bodily injury.

11. There were no warning signs, markings, tape, lights or anything else to warn visitors about the mezzanine.

12. Defendants' actions and inactions which caused Scott Curtis' injuries and damages were negligent, willful, wanton and reckless in the following, and in other respects:

   a. Not inspecting the premises for potential dangerous conditions;

   b. Not warning of the dangerous condition;

   c. Not marking the dangerous condition;

   d. Not doing anything to call visitors' attention to the mezzanine;

   e. Not barricading the dangerous condition;

   f. Creating an unreasonably dangerous condition; and

   g. Operating the business without first making it safe for visitors, vendors, and other people.

13. As a result of Defendants' negligent, willful, wanton and reckless actions and inactions, Scott Curtis has suffered and will suffer in the future permanent, severe and disabling injuries,

medical and surgical expenses, loss of time and income, physical pain, suffering, disability, disfigurement, loss of enjoyment of life, and other consequential damages.

WHEREFORE, Plaintiff prays for judgment against Defendants in an amount in excess of $75,000.00, together with the costs of this action and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/Matthew L. Bretz_____
Matthew L. Bretz, SC # 15466
**BRETZ & YOUNG, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445
Matt@byinjurylaw.com
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

COMES NOW the Plaintiff, pursuant to applicable Kansas law, and respectfully makes demand for trial by a jury of twelve (12) persons of all issues herein above joined.

/s/Matthew L. Bretz_____
Matthew L. Bretz, SC # 15466
**BRETZ & YOUNG, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445
Matt@byinjurylaw.com
Attorney for Plaintiff

ELECTRONICALLY FILED
2020 Dec 17 PM 3:03
CLERK OF THE MCPHERSON COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000100

Scott Curtis
vs.
Viega, Inc. et. al.

## SUMMONS

To the above-named Defendant/Respondent:

**Viega, Inc.**
**C/O Registered Agent Eric Wicker**
**2211 Viega Avenue**
**McPherson, KS  67460**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Matthew Bretz
3 Compound Drive
PO Box 1782
Hutchinson, KS 67504-1782

within 21 days after service of summons on you.

*/s/ Teri L. Rubin/*

Clerk of the District Court
Electronically signed  on 12/17/2020 03:23:16 PM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2020 Dec 17 PM 3:03
CLERK OF THE MCPHERSON COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000100

Scott Curtis

vs.

Viega, Inc. et. al.

## SUMMONS

To the above-named Defendant/Respondent:

**Viega, LLC**
**C/O Registered Agent Eric Wicker**
**2211 Viega Avenue**
**McPherson, KS  67460**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Matthew Bretz
3 Compound Drive
PO Box 1782
Hutchinson, KS 67504-1782

within 21 days after service of summons on you.

*[signature]*

Clerk of the District Court

Electronically signed  on 12/17/2020 03:23:16 PM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2020 Dec 29 PM 3:57
CLERK OF THE MCPHERSON COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000100

**BRETZ & YOUNG, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445

IN THE DISTRICT COURT OF MCPHERSON COUNTY, KANSAS
**(Pursuant to K.S.A. Chapter 60)**

| | |
|---|---|
| SCOTT CURTIS, )  | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2020CV100 |
| ) | |
| VIEGA, INC., and VIEGA, LLC, ) | |
| Defendant. ) | |
| _____) | |

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I served a copy of this summons and a copy of the petition on Viega, Inc., in the following manner:

_____(1)    Personal Service - on the ___ day of _____, 2____, by delivering or offering to deliver the documents to the above-named person;

_____(2)    Residence Service - on the ___ day of _____, 2____, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

_____(3)    Residence Service - on the ___ day of _____, 2____, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

__X__(4)    Return Receipt Delivery - by causing to be delivered on the <u>22nd</u> day of <u>December, 2020</u>, the documents by return receipt delivery to the above-named person at the following address: <u>C/O Registered Agent, Eric Wicker, 2211 Viega Avenue, McPherosn, Kansas, 67460</u> with delivery being made by the following person or entity: certified mail. A copy of the return receipt evidencing delivery is attached to this Return of Service.

_____(5)    Return Receipt Delivery Refused - by mailing on the _____ day of _____

2

            , 2    , the documents by first-class, postage prepaid, to the above-named person at the following address: _____.

      (6)       Other Method of Service -     (Describe other method of service allowed by law).

      (7)       No Service.  The above-named person was not served for the following reason(s): .

                                      Respectfully submitted,

                                      /s/Matthew L. Bretz
                                      Matthew L. Bretz, SC # 15466
                                      **BRETZ & YOUNG, L.L.C.**
                                      3 Compound Drive
                                      P.O. Box 1782
                                      Hutchinson, KS 67504-1782
                                      (620) 662-3435
                                      Fax (620) 662-3445
                                      Matt@byinjurylaw.com
                                      Attorney for Plaintiff

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Viega, Inc.
C/O Registered Agent EricWicker
2211 Viega Avenue
McPherson, KS 67460

9590 9402 5406 9189 6982 30

2. Article Number (Transfer from service label)

7019 0160 0000 9238 8718

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ST
☐ Agent
☐ Addressee

B. Received by (Printed Name): Vid 19
C. Date of Delivery: 12-23-20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

ELECTRONICALLY FILED
2021 Jan 07 PM 3:53
CLERK OF THE MCPHERSON COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000100

STINSON LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206-6620
(316) 265-8800
(316) 265-1349 FAX

### IN THE DISTRICT COURT OF MCPHERSON COUNTY, KANSAS

| | |
|---|---|
| SCOTT CURTIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2020-CV-000100 |
| | ) |
| VIEGA, INC. and VIEGA, LLC | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ENTRY OF APPEARANCE

Heather S. Esau Zerger of Stinson LLP hereby enters her appearance on behalf of Defendants Viega, Inc. and Viega, LLC.

Respectfully submitted,

*/s/ Heather S. Esau Zerger*
Heather S. Esau Zerger, #20630
STINSON LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
(316) 265-8800
(316) 265-1349 FAX
heather.zerger@stinson.com
*Attorneys for Defendants*

CORE/9991000.7994/164165859.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2021, a true and correct copy of the above and foregoing was filed via Kansas Courts e-Filing system that will send notice of electronic filing to the following:

Matthew L. Bretz
BRETZ & YOUNG, L.L.C.
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
matt@byinjurylaw.com
*Attorneys for Plaintiff*

                */s/ Heather S. Esau Zerger*
                Heather S. Esau Zerger

2

ELECTRONICALLY FILED
2021 Jan 08 AM 10:49
CLERK OF THE MCPHERSON COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000100



**Court:** McPherson County District Court

**Case Number:** 2020-CV-000100

**Case Title:** Scott Curtis vs. Viega, Inc., et al.

**Type:** Clerk's Extension of Time

SO ORDERED.

/s/ Cindy Teter, Clerk of the District Court

Electronically signed on 2021-01-08 10:49:20     page 1 of 3

STINSON LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206-6620
(316) 265-8800
(316) 265-1349 FAX

**IN THE DISTRICT COURT OF MCPHERSON COUNTY, KANSAS**

| | | |
|---|---|---|
| SCOTT CURTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2020-CV-000100 |
| | ) | |
| VIEGA, INC. and VIEGA, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CLERK'S EXTENSION OF TIME**

Pursuant to Supreme Court Rule 113, Defendants Viega, Inc. and Viega, LLC are hereby granted a 14-day extension of time in which to answer or otherwise respond to the Petition filed herein, from Friday, January 8, 2021 to Friday, January 22, 2021.  The time originally prescribed to answer has not expired.

This Order is effective as of the date and time shown on the electronic file stamp.

Respectfully submitted,

*/s/ Heather S. Esau Zerger*
Heather S. Esau Zerger, #20630
STINSON LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
(316) 265-8800
(316) 265-1349 FAX
heather.zerger@stinson.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of January, 2021, a true and correct copy of the above and foregoing was filed via Kansas Courts e-Filing system that will send notice of electronic filing to the following:

Matthew L. Bretz
BRETZ & YOUNG, L.L.C.
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
matt@byinjurylaw.com
*Attorneys for Plaintiff*

                                                */s/ Heather S. Esau Zerger*
                                                Heather S. Esau Zerger